1  GOLDSMITH & HULL/Our File #:CDCS92
2  A Professional Corporation
   Michael L. GOLDSMITH  (SBN 291700)
3  16933 PARTHENIA STREET
   NORTHRIDGE, CALIFORNIA 91343
4  Tele: (818) 990-6600
5  Fax : (818) 990-6140
   **govdept1@goldsmithcalaw.com**
6

7  ATTORNEYS FOR PLAINTIFF

8

9              **UNITED STATES DISTRICT COURT**
               **CENTRAL DISTRICT OF CALIFORNIA**
10

11
   UNITED STATES OF AMERICA,    )    **COURT NO.** ACV08-05101
12                              )
13         Plaintiff,           )
                                )    **SATISFACTION OF JUDGMENT**
14  VS.                         )
                                )
15                              )
   DAVID  J.  CAPLES  AKA  DAVID)
16  CAPLES                      )
           Defendant.           )
17  _____ )

18

19  TO THE ABOVE-ENTITLED COURT:

20      Satisfaction is hereby acknowledged of said judgment, entered on November 20,

21  2008, in favor of the United States of America, and against DAVID J. CAPLES AKA

22

23  DAVID CAPLES and the Clerk is hereby authorized and directed to enter a Full

24  Satisfaction of record in the said action.

25  DATED: November 2, 2016                    GOLDSMITH & HULL, P.C.

26
                                        _____
27                                             /S/
                                          Michael L. Goldsmith
                                          ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF MAILING

I Sonia Molina, declare:

That I am employed in the LOS ANGELES COUNTY, CA; that my business address is 16933 PARTHENIA STREET, NORTHRIDGE, CALIFORNIA 91343; that I am over the age of 18 years, and am not a party to the above-entitled action;

That I am employed by GOLDSMITH & HULL, P.C. who is/are a member of the Bar of the United States District Court for the Central District of California, at whose direction the service of mail described in this Certificate was made; that I deposited in the United States mail, in the above entitled action, in an envelope bearing the requisite postage, a copy of SATISFACTION OF JUDGMENT,  addressed to:

DAVID J. CAPLES , et al.
***** ******** **
Lake Elsinore CA *****-****

at his/her last known address, at which place there is a delivery service by the United States Mail.

This Certificate is executed on ___November 2, 2016_ at NORTHRIDGE, CALIFORNIA.

I certify under penalty of perjury that the foregoing is true and correct.

_____/S/_____
Sonia Molina